FILED

08/13/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0250

IN THE SUPREME COURT OF THE STATE OF MONTANA

CAUSE NO. DA 21-0250

---

CED WHEATLAND, LLC, CED
TETON COUNTY WIND, LLC, and
CED PONDERA WIND, LLC,

     *Petitioners/Appellants,*

     v.

MONTANA DEPARTMENT OF
PUBLIC SERVICE REGULATION,
MONTANA PUBLIC SERVICE
COMMISSION, NORTHWESTERN
ENERGY, and MONTANA
CONSUMER COUNSEL,

     *Respondents/Appellees.*

---

## ORDER GRANTING EXTENSION OF TIME

---

Appellee Montana Public Service Commission has filed a motion for extension of time, requesting the first, 30-day extension for all Appellees to file answer briefs. Pursuant to authority granted under Mont. R. App. P. 26(1), and for good cause appearing, all Appellees are granted an extension of time until October 1, 2021, to prepare, file, and serve their answer briefs.

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
August 13 2021